IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 17 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| APMEX, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  No. CIV-13-476-W |
| PROVIDENT PRECIOUS METALS, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon review of the record, the Court

(1) GRANTS the Motion for Dismissal With Prejudice [Doc. 6] filed on June 14, 2013, by plaintiff APMEX, Inc.;

(2) DISMISSES this matter and all claims asserted herein against defendant Provident Precious Metals, LLC, with prejudice; and

(3) ORDERS that each party shall bear its own costs, expenses and attorney fees.

ENTERED this _17th_ day of June, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE